**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01667-CV

**IN THE MATTER OF VANE MONYENCHE FRASURE AND JAMES ANDREWS FRASURE**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV13-00376**

## ORDER

We **GRANT** court reporter Deborah M. Slovak's January 21, 2014 request for extension of time to file the reporter's record and **ORDER** the record be filed by February 21, 2014.

We note the clerk's record is overdue. Accordingly, we **ORDER** Dallas County District Clerk Gary Fitzsimmons to file the clerk's record by February 21, 2014.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Deborah M. Slovak, Dallas County District Clerk Gary Fitzsimmons, and all parties.

/s/    ELIZABETH LANG-MIERS
       JUSTICE